Jose Antonio RIVERA, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 71–2609.

United States Court of Appeals, Fifth Circuit.

Dec. 20, 1971.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed.[1]  See Local Rule 21.[2]

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5 Cir. 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir.  See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New

UNITED STATES of America, Plaintiff-Appellee,

v.

Leslie Eugene ALLEN and Vernon H. Crelia, Defendants-Appellants.

No. 71–2023
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Jan. 19, 1972.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed.  See Local Rule 21.**

York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

** See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).
The appellants were convicted and sentenced on a conspiracy count 18 U.S.C. § 371 and two counts of endeavoring to injure a witness in violation of 18 U.S.C. § 1503 in a case pending in the district court. They contend that there was insufficient evidence to support the convictions.